NUMBER 13-08-00446-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LETTY ROBINSON D/B/A 

CELLULAR SOLUTIONS, Appellant,


v.



CBL/SUNRISE MALL, L. P., Appellee. 

_____________________________________________________________


On Appeal from the 103rd District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Letty Robinson d/b/a Cellular Solutions, perfected an appeal from a
judgment rendered against her in favor of appellee, CBL/Sunrise Mall, L.P.. On August 13,
2008, the Clerk of this Court notified appellant that the clerk's record in the above cause
was originally due on August 12, 2008, and that the deputy district clerk, Christina Tusa,
had notified this Court that appellant failed to make arrangements for payment of the
clerk's record. The Clerk of this Court notified appellant of this defect so that steps could
be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). 
Appellant was advised that, if the defect was not corrected within ten days from the date
of receipt of this notice, the appeal would be dismissed for want of prosecution. 

 On August 13, 2008, the Clerk of the Court notified appellant that she was
delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that
the appeal was subject to dismissal if the filing fee was not paid within ten days from the
date of receipt of this letter. See id. 42.3(b),(c). 

 Appellant has failed to failed to respond to this Court's notices and has failed to pay
the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. 
See Tex. R. App. P. 38.8(a), 42.3(b). 

 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 6th day of November, 2008.